**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 246 MAL 2015
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.           :
:
:
:
ALFREDO REYES-RODRIGUEZ,    :
:
                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.